THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> MYCHOICE SOFTWARE, LLC, a California limited liability company, and NATHAN MUMME, an individual, <br><br> Defendants and Counterclaimants, | Case No. 2:18-cv-00608-RAJ <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING RE-NOTICE OF PLAINTIFF AND COUNTER-DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS AND DEFENDANTS AND COUNTER-CLAIMANTS' MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT <br><br> NOTE ON MOTION CALENDAR:  May 2, 2018 |

The parties to the above-captioned matter, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on April 26, 2018, the above-referenced case was transferred to the Western District of Washington from the Central District of California.

WHEREAS, pursuant to the Clerk's letter dated April 26, 2018 (Dkt. # 77) stating "if a motion is pending and undecided at the time of transfer, the moving party must note it for consideration on the court's Calendar in accordance with LCR 7(d)."

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

STIPULATION AND [PROPOSED] ORDER REGARDING RE-NOTICE OF MOTIONS (Case No. 18-cv-00608 RAJ) – 1

139659811.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1.     1.    Plaintiff and Counter-Defendant Microsoft Corporation's Motion to Dismiss Counterclaims (Dkt. # 41) shall be re-noted, as already fully briefed, for hearing on May 25, 2018.

    2.    Defendants and Counterclaimants MyChoice Software, LLC's Motion for Leave to File Third-Party Complaint Against Flex-Tech Solutions, Inc., Southern Technology Solutions, Inc., Teri Reeves, Thomas Reeves, and Does 1-10 (Dkt. # 62) shall be re-noted, as already fully briefed, for hearing on May 18, 2018.

IT IS SO STIPULATED.

DATED: May 2, 2018

s/ *Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
**Perkins Coie LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: HSimpkins@perkinscoie.com

Katherine M. Dugdale (*pro hac vice*)
**Perkins Coie LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: KDugdale@perkinscoie.com

Attorneys for Plaintiff and Counter-Defendants Microsoft Corporation

STIPULATION AND [PROPOSED] ORDER REGARDING RE-NOTICE OF MOTIONS (Case No. 18-cv-00608 RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

139659811.1

| | | |
|---|---|---|
| 1 | DATED: May 2, 2018 | s/ *David E. Chawes* |
| 2 | | David E. Chawes, WSBA No. 36322 |
| | | **Preg O'Donnell & Gillett PLLC** |
| 3 | | 901 Fifth Ave., Suite 3400 |
| | | Seattle, WA 98164 |
| 4 | | Telephone: (206) 287-1775 |
| 5 | | Email: dchawes@pregodonnell.com |

Craig Alan Hansen, (*pro hac vice* pending)
Joan E. Marquardt (*pro hac vice* pending)
Sarah Wager (*pro hac vice* pending)
Hansen Law Firm, P.C.
152 North Third Street, Suite 530
San Jose, CA 95112
Telephone: (408) 715-7980
Facsimile: (408) 715-7001
Email:  craig@hansenlawfirm.net
          joan@hansenlawfirm.net
          sarah@hansenlawfirm.net

Attorneys for Defendants and Counterclaimants
MyChoice Software, LLC and Nathan Mumme

## **ORDER**

IT IS SO ORDERED this _____ day of _____, 2018.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
**Perkins Coie LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: HSimpkins@perkinscoie.com

STIPULATION AND [PROPOSED] ORDER REGARDING RE-NOTICE
OF MOTIONS (Case No. 18-cv-00608 RAJ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

139659811.1

1  Katherine M. Dugdale (*pro hac vice*)
   **Perkins Coie LLP**
2  1888 Century Park E., Suite 1700
   Los Angeles, CA 90067-1721
3  Telephone: (310) 788-9900
   Facsimile: (310) 788-3399
4  Email: KDugdale@perkinscoie.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER REGARDING RE-NOTICE
OF MOTIONS (Case No. 18-cv-00608 RAJ) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

139659811.1

# CERTIFICATE OF SERVICE

I certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 2nd day of May, 2018.

s/ *Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
**Perkins Coie LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: HSimpkins@perkinscoie.com

STIPULATION AND [PROPOSED] ORDER REGARDING RE-NOTICE OF MOTIONS (Case No. 18-cv-00608 RAJ) – 5

139659811.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000