THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | CASE NO. C18-0608-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MY CHOICE SOFTWARE, LLC, and NATHAN MUMME, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On September 11, 2019, the Court received notice from the parties that they have settled this case. The parties are hereby ORDERED to file a stipulated notice of dismissal within 30 days of the issuance of this minute order. The Clerk is DIRECTED to strike all case management dates and to statistically close the case.

DATED this 12th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0608-JCC
PAGE - 1