THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br>v.<br><br>MY CHOICE SOFTWARE, LLC, a California limited liability company, and NATHAN MUMME, an individual,<br><br>Defendants. | CASE NO. C18-0608-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal with prejudice (Dkt. No. 146). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 16th day of October 2019.

                                                William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk